**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7146**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICKY ALLEN BRADLEY,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-95-75-V)

─────────────

Submitted: December 14, 2000      Decided: December 21, 2000

─────────────

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Ricky Allen Bradley, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Allen Bradley appeals the district court's order denying Bradley's motion for an extension of time to file a 28 U.S.C.A. § 2255 (West Supp. 2000) motion and for materials needed to prepare such a motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Bradley, No. CR-95-75-V (W.D.N.C. July 6, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on July 5, 2000, the district court's records show that it was entered on the docket sheet on July 6, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2